No. 310. JAMES K. PERRINE *v.* STATE OF OKLAHOMA. EX REL. JOHN EMBRY, COUNTY ATTORNEY. Error to the

Supreme Court of the State of Oklahoma. Submitted April 30, 1920. Decided May 17, 1920. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of: (1) *Equitable Life Assurance Society* v. *Brown*, 187 U. S. 308, 314; *Consolidated Turnpike Co.* v. *Norfolk, etc., Ry. Co.*, 228 U. S. 596, 600; *Pennsylvania Hospital* v. *Philadelphia*, 245 U. S. 20, 24. (2) *Southern Ry. Co.* v. *King*, 217 U. S. 524, 534; *Gaar, Scott & Co.* v. *Shannon*, 223 U. S. 468, 473; *Middleton* v. *Texas Power & Light Co.*, 249 U. S. 152, 157. (3) *Shevlin-Carpenter Co.* v. *Minnesota*, 218 U. S. 57, 67. *Mr. E. G. McAdams* for plaintiff in error. *Mr. S. P. Freeling* and *Mr. W. C. Hall* for defendant in error.